UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY R. SHELLEY, )<br>    *Plaintiff*, )<br>)<br>    vs. )<br>)<br>CAROLYN W. COLVIN, *Acting Commissioner* )<br>*of Social Security Administration*, )<br>    *Defendant*. ) | 1:13-cv-01239-JMS-MJD |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's concurrently issued Entry Reviewing the Commissioner's Decision, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant, **VACATES** the Commissioner's decision denying Plaintiff's application for benefits, and **REMANDS** this matter back to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g) (sentence four).

District Judge:    04/23/2014

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
    Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**